UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: Willie Deon McIntosh | ) | **Motion and Notice** |
| | ) | **Chapter 13** |
| | ) | |
| | ) | No.: B-05-81496 C13D |
| | ) | |
| Debtor(s) | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

On August 12, 2005, the Debtor's Plan was confirmed. Freedom Stores, Inc. was allowed an unsecured claim (claim number 5) in the amount of $1,522.86. The claim of Freedom Stores, Inc. was allowed as secured in the amount of $1,300.00 payable with interest at the rate of 7.75% per annum and unsecured in the amount of $222.89 (claim number 10005) On November 30, 2009 the Standing Trustee disbursed $15.30 on the unsecured claim on check number 808357. On December 11, 2009, the check was returned from said creditor stating that the account is closed.

The Standing Trustee respectfully recommends to the Court that an Order be entered disallowing the balance of the claim of Freedom Stores, Inc. (claim number 10005) in that the claim has been abandoned.

Date: December 15, 2009                                         s/Richard M. Hutson, II
      ltp                                                                               Standing Trustee

--------------------------------------------------------------------------------

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before January 25, 2010, with the parties named on the attached Parties to be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on February 11, 2010, at 11:00 a.m., at the following location:

*Courtroom,*
*Venable Center*
*Dibrell Building, Suite 280*
*302 East Pettigrew Street*
*Durham, NC 27701*

Date: December 15, 2009                                         OFFICE OF THE CLERK
                                                                                      U.S. Bankruptcy Court

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**B-05-81496 C13D**

Willie Deon McIntosh
JTF-B Finance Office
Honduras 34042

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
Post Office Box 3613
Durham, NC 27702

Freedom Stores, Inc.
Attn: Managing Agent
1150 E. Little Creek Road, Ste. 202
Norfolk, VA 23518